**SO ORDERED**

**Sep 10, 2012**

/s/ Kathy A. Surratt-States
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-40731 |
| | ) | Chapter 13 |
| Michael D. Northrop | ) | |
| | ) | |
| | ) | |
| | ) | Motion to Substitute Counsel |
| Debtor | ) | |
| | ) | |

## MOTION TO SUBSTITUTE COUNSEL

**COMES NOW,** the Debtor, and presents this Motion to Substitute Sean C. Paul for Susan E. Skelton as counsel for the Debtor.

1. Debtor filed for relief under Chapter 13 of the bankruptcy code on or around February 2, 2009.
2. The case was originally filed as a joint case with Debtor's spouse.  Since the case was filed, Debtor and Debtor's spouse separated and are now going through a divorce;.  It was no longer feasible, and represented a conflict, for one attorney to represent both Debtor and Debtor's spouse in their bankruptcy proceeding.
3. Debtor asked Sean C. Paul to represent him in this matter.
4. Debtor does not have any pending motions currently before the Bankruptcy Court in this case.
5. Debtor will not be harmed by the change in counsel.

**WHEREFORE,** Debtor respectfully prays that this court enter an order substituting Sean C. Paul as his counsel.


/s/ Sean C. Paul
Sean C. Paul, #59371MO
PK Law, PC
8917 Gravois Rd.
St. Louis, MO 63123
(314) 827-4027
(314) 222-0619 FAX
scp@pklawonline.com


/s/ Susan E. Skelton
Susan E. Skelton, #55027MO
Skelton Law Firm
2700 Macklind Ave. 1st Floor
St. Louis MO 63139

Service list:

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102

Michael Northrop
6829 Dunhill Dr.
Fairview Heights, IL 62208